**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01109-CR
## No. 05-13-01110-CR

**FERRIOUS CANNON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause Nos. F12-31283-L, F12-31231-L**

## ORDER

The reporter's record and appellant's briefs have been filed in these appeals, but the clerk's records have not been filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals by **DECEMBER 31, 2013**.

We **ORDER** appellant's briefs filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
JUSTICE